# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABDULFATAI A. BASHIRU, )<br>A# xxx-xx4-603, )<br>    Petitioner, )<br> )<br> vs. )<br> )<br>WILLIAM P. BARR, Attorney General, )<br> )<br>CHAD WOLF, Secretary, )<br>Department of Homeland Security, )<br> )<br>ROBERT GUARDIAN, Director, )<br>ICE Field Office, Chicago, )<br> )<br>DAMON ACOFF, )<br>Warden, Pulaski County Detention Center, )<br> )<br>and )<br>RANDY KERN, Sheriff, Pulaski County, )<br> )<br>    Respondents. ) | Case No. 20-cv-482-NJR |

## **MEMORANDUM AND ORDER**

**ROSENSTENGEL, Chief Judge:**

Petitioner Abdulfatai A. Bashiru filed his *pro se* Petition for Writ of Habeas Corpus (Doc. 1) in the Northern District of Illinois, where it was docketed on May 14, 2020 under Case No. 20-cv-2905 (N.D. Ill.). On May 22, 2020, the Northern District transferred the case here because Bashiru is in the custody of U.S. Immigration and Customs Enforcement ("ICE") in this district at the Pulaski County Detention Center in Ullin, Illinois. (Doc. 5).

Previously (on May 12, 2020), Bashiru had filed the identical *pro se* Petition in this district, under Case No. 20-cv-439-SMY. On May 13, 2020, the Court ordered a response to the Petition, which is due by June 2, 2020. (Doc. 4 in Case No. 20-439-SMY). Bashiru did not indicate why he

1

filed the same Petition in two different courts. In any event, this later-filed case is an exact duplicate of the first case, and there is no reason to keep both cases open.

Accordingly, **IT IS ORDERED** that this case is **ADMINISTRATIVELY CLOSED** as duplicative of *Bashiru v. Barr, et al.*, Case No. 20-cv-439-SMY (S.D. Ill., filed May 12, 2020). Bashiru's claims will proceed in the first-filed case. All pending motions are **TERMINATED as moot**.

**IT IS SO ORDERED.**

**DATED:  May 27, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**